

# NUMBER 13-08-00687-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

## IN RE: HUGO HERNANDEZ

---

## On Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

### Before Chief Justice Valdez and Justices Yañez and Benavides
### Memorandum Opinion Per Curiam [1]

Relator, Hugo Hernandez, pro se, filed a petition for writ of mandamus in the above cause on December 2, 2008. On December 4, 2008, the Court entered an order requesting a response to be filed by the real party in interest, the State of Texas, by and through the Office of the Cameron County District Attorney. The real party in interest has now filed a motion to strike relator's petition for writ of mandamus on grounds that relator failed to serve either the real party in interest or the respondent with copies of the petition for writ of mandamus as required by the Texas Rules of Appellate Procedure. *See* TEX.

---

[1] *See* TEX. R. APP. P. 52.8(d) ("When denying relief, the court may hand down an opinion but is not required to do so."); TEX. R. APP. P. 47.4 (distinguishing opinions and memorandum opinions).

R. APP. P. 9.5(a) (requiring party filing any document in court of appeals to serve copy of such document on all parties to proceeding).

Because relator failed to comply with the requirements of the applicable rules of procedure, he has not established entitlement to the extraordinary relief sought. We GRANT the motion to strike. We DISMISS this original proceeding without prejudice to relator's ability to further pursue this matter in accordance with the Texas rules of Appellate Procedure. *See generally id.* 9.5, 52. Any pending motions are likewise DISMISSED.

PER CURIAM

Do not publish. *See* TEX. R. APP. P. 47.2(b).

Memorandum Opinion delivered and filed
this 5th day of January, 2009.